■

Anthony LEWIS, Appellant,

v.

Paul MUDD, Respondent.

No. WD 48865.

Missouri Court of Appeals,
Western District.

Aug. 16, 1994.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Oct. 4, 1994.

Anthony Lewis, pro se.

Paul Mudd, pro se.

Before ELLIS, P.J., and BERREY and
SMART, JJ.

### ORDER

PER CURIAM:

Appellant appeals from the trial court's
order dismissing his action for failure to state
a claim.

Judgment affirmed. Rule 84.16(b).

■

HILL BEHAN LUMBER COMPANY,
Plaintiff/Respondent,

v.

Hubert BANKHEAD and Barbara
Bankhead, Defendants/Appellants.

No. 64816.

Missouri Court of Appeals,
Eastern District,
Division Three.

Aug. 16, 1994.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Sept. 19, 1994.

Application to Transfer Denied
Oct. 25, 1994.

